AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ **DISTRICT OF** MASSACHUSETTS _____

UNITED STATES of AMERICA  v.

**Andres MARTINEZ** aka  Castro Casimiro aka Joel Zequeira aka Sacaida; **Jose ROSALES** aka Tony aka Tono aka Joel Agostini; **Valentin MARTINEZ** aka Valentin Rivera aka V aka Vale; **Kelvin MADERA**, aka Manolo LNU aka Manuel Germosen; **Abdallah HAMDAN; CARLOS RUIZ**, aka Coco-Colo; **Ricardo MARTINEZ** aka Chorizo, aka Chori; **Howard GREENBERG** aka Howie; **Carlos COLON-RIVERA** aka Tigueron; **Rogelio GARCIA** aka Lacuilla, aka Alberto; **Javier Angel ROMERO** aka Ramon Acosta; **Christian GERMOSEN, aka** Christian; **Juan MARTINEZ** aka Marcelino Cuevas aka Chon; **Gerardo Vasseur ORTIZ**  aka Scarface; **Phillip ASARO**, aka Phil; **Silvestre LIZARDI**, aka Silvestre; **Robert RUSCIO** aka Bob; **Giovanni AVILA** aka Giovanni aka the Painter; and **Gilberto ZAYAS**, aka Tony; **Luis DEJESUS**, aka Edgardo

## CRIMINAL COMPLAINT

CASE NUMBER: _04 - 1685 - CBS_

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _January 1, 2003 through the present_ in _ESSEX_ county, in the

_____ District of _MASSACHUSETTS_ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally conspire with one another to possess with intent to  distribute and to distribute quantities of cocaine, a Schedule II controlled substance,

in violation of Title_____21_____ United States Code, Section(s) _____846_____ .

I further state that I am a(n)_____Special Agent of the DEA_____ and that this complaint is based on the following facts:

Official Title

See attached affidavit of Drug Enforcement Administration Special Agent Jean Drouin

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-26-2004
Date

at    BOSTON, MASSACHUSETTS
City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.